IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 73.115.144.250

**ISP:** Comcast Cable
**Physical Location:** Humble, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 03/03/2019 14:38:20 | 1E10476D82581FA264DD3D5EC9771D2F49F9A677 | Love Her Madly |
| 06/24/2018 10:44:20 | 6328B208498C109D6EFC9A77581474694711F92B | Afternoon Rendezvous |
| 02/16/2018 19:58:09 | 296611FFFE925E019A9DA4DA27A5A307978EBCCE | Love Burns Again |
| 02/16/2018 17:31:04 | B198F375167D013B71083DEE646A17D990D51A10 | Red Hot Christmas |
| 02/16/2018 14:28:14 | 29796B5A62224484FB829BF3B84DDB3E02CE4F71 | Would You Fuck My Girlfriend |
| 12/29/2017 12:13:50 | C6807125EBFEB26B6268310AAB17704F749CD1F6 | Emerald Love |
| 12/29/2017 11:32:38 | 6B90E9FDB4FAB0EA1C4F3A054B5F5179382F4D26 | A Rose A Kiss and A Bang |
| 12/29/2017 11:20:55 | BB5EC5864734FE9BCCE962C969669FFA2B741845 | Want To Fuck My Wife |

**Total Statutory Claims Against Defendant: 8**