United States District Court
Southern District of Texas

**ENTERED**
June 09, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action Case No.4:19-cv-01346 |
| ) | |
| v. ) | |
| ) | |
| VICKI BOYD, ) | |
| ) | |
| Defendant. ) | |

## ORDER ON STIPULATION OF DISMISSAL

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff Malibu Media, LLC's and Defendant Vicki Boyd's claims against each other with prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. All Plaintiff's and Defendant's claims against each other are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

3. This case is closed for administrative purposes.

SO ORDERED this ___ day of __JUN 0 9 2020__, 2020.

By: _____
UNITED STATES DISTRICT JUDGE